COM.

v.

**BURTON, D.**

**3688 EDA 2015**

Superior Court of Pennsylvania.

07/26/2017

CP–51–CR–1100571–2004 (Philadelphia)

Affirmed

COM.

v.

**BLACKWELL, M.**

**283 EDA 2016**

Superior Court of Pennsylvania.

07/26/2017

MC–51–CR–0036731–2014 (Philadelphia)

Affirmed

COM.

v.

**MCNAIR, A.**

**1027 EDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–51–CR–0006577–2009 (Philadelphia)

Jurisdiction Retained

COM.

v.

**RAWLS, S.**

**1539 EDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–51–CR–0010110–2007
(Philadelphia)

Affirmed

COM.

v.

**COKER, C.**

**2397 EDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–51–CR–1200411–2003
(Philadelphia)

Affirmed